## WATSON v. STATE. (No. 11469.)

Court of Criminal Appeals of Texas. Dec. 21, 1927.

Criminal law ⊂⇒1086(14), 1090(1)—Nothing is presented for review, where record contains no statement of facts, bills of exceptions, or objections to charge.

Nothing is presented for review on appeal in a criminal case, where the record before the reviewing court contains no statement of facts, bills of exceptions, or objections to the court's charge.

Appeal from District Court, Knox County; Isaac O. Newton, Judge.

James Watson was convicted of robbery by the use of firearms, and he appeals. Affirmed.

J. S. Kendall, of Munday, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. The indictment charged appellant with the robbery of Brooks Chesser of $1,980 by the use of firearms. A trial resulted in conviction with the punishment assessed at 45 years' imprisonment in the penitentiary.

The record is before us without statement of facts or bills of exception or objection to the court's charge. In such condition of the record, nothing is presented for review.

The judgment is affirmed.